UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 04-116ML** **DATE: June 3, 2005**

**TITLE: USA v. RYAN CARDENTE**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

**IN COU[illegible]**

---

**COUNSEL PRESENT: AUSA Zechariah Chafee - Govt**
**[illegible] Jr. - for Deft**
**[illegible] Conlon - U.S. Probation**

**PROCEEDINGS: Sentencing Hearing**

**No objections to the PSR. Counsel make their sentencing recommendations. Deft exercises his right of allocution.**

**Court imposes sentence as to the one count of the Indictment: 33 mos' imprisonment; followed by 3 yrs' supervised release.**

**Special conditions of s/r: deft shall participate in Probation-approved mental - health treatment program & substance-abuse treatment program (to incl. periodic testing: up to 72 drug tests per year).**

**$100 special assessment; no fine is imposed. Deft is remanded.**