RECEIVED FEB 24 2005 U.S. MARSHALS SERVICE DISTRICT OF R.I.

# UNITED STATES DISTRICT COURT
*for the*
*District of Rhode Island*

***Case No. CR 04-116ML***

*To:* ***Warden***
***ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **Ryan Cardente**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:00 o'clock a.m.**, on the 3rd day of **June, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States District Judge at Providence, RI
Dated: February 24, 2005.

David A. DiMarzio, Clerk

Sentencing Hearing

*By* ______
***John Duhamel - Deputy Clerk***